OPINION — AG — ** SOIL CONSERVATION COMMISSION ** WHETHER OR NOT A CERTAIN CLAIM FILED WITH THE STATE BUDGET BUDGET DIRECTOR AFTER THE EXPIRATION OF TWO AND ONE HALF YEARS FROM THE TIME OF THE APPROPRIATION FROM WHICH THE CLAIM WOULD BE PAID, CAN BE LEGALLY PAID FROM SAID APPROPRIATION ? — SAID CLAIM SHOULD BE PAID, NOTWITHSTANDING THE EXPIRATION OF THE AFORESAID PERIOD OF TWO AND HALF YEARS. CITE: ARTICLE V, SECTION 55, 62 O.S. 41.10 [62-41.10] (J. H. JOHNSON)